FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEJANDRA MICHELLE ALLISON and JARED ALLISON, husband and wife and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>EFRAIN J. CASTANEDA and "JANE/JOHN DOE" CASTANEDA, husband and wife and the marital community thereof; IMELDA L. SABALZA and "JOHN/JANE DOE" SABALZA, wife and husband and the marital community thereof, d/b/a SABALZA TRUCKING; TYLER A. MYSZKOWSKI and "JANE/JOHN DOE" MYSZKOWSKI, husband and wife and the martial community thereof; JUNGHWA S. KIM and "JANE/JOHN DOE" KIM, husband and wife and the marital community thereof,<br><br>Defendants. | No. 1:25-CV-03210-MKD<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS AND REMANDING CASE<br><br>ECF No. 4 |

ORDER - 1

1    Before the Court is the United States' Motion to Dismiss.  ECF No. 4.  The

2 United States moves to dismiss Plaintiffs' claims against the United States, Tyler

3 A. Myszkowski, and "Jane/John Doe" Myszkowski as both administratively

4 unexhausted and time barred.  *Id.* at 6-7.  Plaintiffs do not oppose the motion.  ECF

5 No. 7.

6    Accordingly, **IT IS HEREBY ORDERED:**

7    1.    The United States' Motion to Dismiss, **ECF No. 4**, is **GRANTED**.

8    2.    All claims against the United States, Tyler A. Myszkowski and

9 "Jane/John Doe" Myszkowski are **DISMISSED with prejudice**.

10    3.    Because the Court lacks subject matter jurisdiction over the claims

11 asserted against the remaining Defendants, this matter is **REMANDED** to the

12 Kittias County Superior Court.

13    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

14 Order, provide copies to the parties, **enter judgment**, **remand** the case to the

15 Kittias County Superior Court, and **CLOSE THE FILE**.

16    DATED January 6, 2026.

17          <u>s/Mary K. Dimke</u>
           MARY K. DIMKE
18      UNITED STATES DISTRICT JUDGE

ORDER - 2