AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 06, 2026**

SEAN F. McAVOY, CLERK

ALEJANDRA MICHELLE ALLISON and JARED ALLISON, husband and wife and the marital community thereof,
  *Plaintiff*
v.
EFRAIN J. CASTANEDA and "JANE/JOHN DOE" CASTANEDA, husband and wife and the marital community thereof; IMELDA L. SABALZA and "JOHN/JANE DOE" SABALZA, wife and husband and the marital community thereof, d/b/a SABALZA TRUCKING; TYLER A. MYSZKOWSKI and "JANE/JOHN DOE" MYSZKOWSKI, husband and wife and the martial community thereof; JUNGHWA S. KIM and "JANE/JOHN DOE" KIM, husband and wife and the marital community thereof,
  *Defendants*

Civil Action No.  1:25-CV-03210-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  United States' Motion to Dismiss (ECF No. 4) is GRANTED.
All claims against the United States, Tyler A. Myszkowski and "Jane/John Doe" Myszkowski are DISMISSED with prejudice. The Court lacks subject matter jurisdiction over the claims asserted against the remaining Defendants. This matter is REMANDED to the Kittitas County Superior Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  MARY K. DIMKE

Date:  01/06/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*